OPINION — AG — ** OKLAHOMA WILDLIFE CONSERVATION — NON MONETARY SETTLEMENT ** THAT 82 O.S. 937 [82-937](B) DOES 'NOT' GRANT THE OKLAHOMA WILDLIFE CONSERVATION COMMISSION THE AUTHORITY TO ACCEPT NON-MONETARY SETTLEMENTS FOR FISH AND WILDLIFE LOSSES. (LEGAL, LIABILITY, REPLACEMENT, RESTOCK, POLLUTION, CORPORATION, RECOVER, COST, INVESTIGATION) CITE: 82 O.S. 937 [82-937](B) (WATER AND WATER RIGHTS) (JERRY C. BLACKBURN)